## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Ricky L. McDeid,

      Plaintiff,　　　　　　　　　　Civil No. 08-6415 (RHK/SRN)

vs.　　　　　　　　　　　　　　　　**DISQUALIFICATION AND**
　　　　　　　　　　　　　　　　　　**ORDER FOR REASSIGNMENT**

Cal Ludeman, et al.,

      Defendants.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: December 19, 2008

                                            s/Richard H. Kyle
                                            RICHARD H. KYLE
                                            United States District Judge